Kelly Dunn  SBN# 104380
The Hawkins Center of Rubicon Programs
101 Broadway Ave.
Richmond, California 94804
(510) 232-6611 (phone)
(510) 232-2271 (fax)

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. GILMER,  <br>  Plaintiff,  <br> vs.  <br> MICHAEL J. ASTRUE,  <br> Commissioner of Social Security  <br>  Defendant. | CIVIL NO. 11- 00901-MEJ.  <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have an extension of 30 days in which to file his Motion for Summary Judgment.[1]  Plaintiff's motion was due on August 15, 2011, pursuant to Civil L.R. 16-5.  Plaintiff's Motion for Summary Judgment is now due on September 14, 2011.

//
//
//
//
//
//
//
//

---

1. See attached Declaration of Kelly Dunn on behalf of Robert Gilmer.

This is Plaintiff's first request for an extension.

Dated: August 15, 2011          /S/_____
                                KELLY DUNN
                                Attorney for Plaintiff


Dated: August 15, 2011          /S/_____
                                CYNTHIA DE NARDI
                                Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: August 15, 2011          _____
                                MARIA-ELENA JAMES
                                United States Magistrate Judge