1 MELINDA L. HAAG
United States Attorney
2 DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3 Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
4 Special Assistant United States Attorney

5     333 Market Street, Suite 1500
    San Francisco, California 94105
6     Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
7     Theophous.Reagans@ssa.gov

8 Attorneys for Defendant

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. GILMER, | CIVIL NO. 3:11CV00901 MEJ |
| Plaintiff, | |
| v. | STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; ~~PROPOSED~~ ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up and through November 14, 2011, in which to e-file his Cross-Motion for Summary Judgment. This extension is requested because counsel for Defendant needs additional time to review the case.

///
///
///
///
///
///

| | | | |
|---|---|---|---|
| 1 | Dated: October 6, 2011 | | /s/ Rosemary Dady |
| 2 | | | (As authorized via telephone on 10/05/11)<br>ROSEMARY DADY<br>Attorney for Plaintiff |
| 4 | | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 5 | | | DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| 7 | Dated: October 6, 2011 | By: | /s/ Theophous H. Reagans |
| 8 | | | THEOPHOUS H. REAGANS<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 7, 2011

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2