1   MELINDA L. HAAG
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    THEOPHOUS H. REAGANS, SBN CA 189450
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7       Theophous.Reagans@ssa.gov

8   Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  ROBERT E. GILMER,                    )
                                         )    CIVIL NO. 3:11CV00901 MEJ
14          Plaintiff,                   )
                                         )    STIPULATION FOR EXTENSION OF TIME
15          v.                           )    TO FILE DEFENDANT'S CROSS-MOTION
                                         )    FOR SUMMARY JUDGMENT; ~~PROPOSED~~
16  MICHAEL J. ASTRUE,                   )    ORDER
    Commissioner of                      )
17  Social Security,                     )
                                         )
18          Defendant.                   )
    _____)

19

20          IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

21  of the Court, that Defendant shall have a 30-day extension of time up and through November 14, 2011, in

22  which to e-file his Cross-Motion for Summary Judgment.  This extension is requested because counsel for

23  Defendant needs additional time to review the case.

24  ///

25  ///

26  ///

27  ///

28  ///
    ///

1   Dated: October 6, 2011 _____        _/s/ Rosemary Dady_____
                                          _(As authorized via telephone on 10/05/11)_
2                                         ROSEMARY DADY
                                          Attorney for Plaintiff
3

4                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
5                                         DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
6

7   Dated: October 6, 2011 _____   By:  _/s/ Theophous H. Reagans_____
                                          THEOPHOUS H. REAGANS
8                                         Special Assistant United States Attorney

9

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12

13  Dated: _October 7, 2011_____        _____

14                                       MARIA-ELENA JAMES
                                         United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2