1  MELINDA L. HAAG
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN CA 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  ROBERT E. GILMER,              )
                                   )   CIVIL NO. 3:11CV00901 MEJ
14       Plaintiff,                )
                                   )   STIPULATION FOR REMAND PURSUANT
15       v.                        )   TO SENTENCE FOUR OF 42 U.S.C.
                                   )   § 405(g) AND PROPOSED ORDER
16  MICHAEL J. ASTRUE,             )
    Commissioner of                )
17  Social Security,               )
                                   )
18       Defendant.                )
    _____)

19

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that the above-referenced case be remanded to the Commissioner of Social Security for

22  further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

23      On remand, the Appeals Council will instruct the Administrative Law Judge to issue a favorable

24  decision finding Plaintiff met Listing 12.03 as of 2003.

25  ///

26  ///

27  ///

28  ///

| | | |
|---|---|---|
| Dated: November 14, 2011 | | */s/Kelly Dunn*<br>*(As authorized via telephone)*<br>KELLY DUNN<br>Attorney for Plaintiff |
| | | MELINDA L. HAAG<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| Dated: November 14, 2011 | By: | */s/ Theophous H. Reagans*<br>THEOPHOUS H. REAGANS<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 16, 2011

_____
MARIA ELENA JAMES
United States Magistrate Judge